```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 26347
    SHONTEL STYLES
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-9243


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/01/2008 and was not confirmed.

      The case was dismissed without confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
JACQUELINE EATON & ASSOC  CURRENT MORTG        .00             .00             .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     3000.00            .00             .00
COOK COUNTY TREASURER     SECURED           2000.00            .00             .00
WELLS FARGO BANK NA       CURRENT MORTG        .00             .00             .00
WELLS FARGO BANK NA       MORTGAGE ARRE        .00             .00             .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          219.62            .00             .00
EMERGENCY MEDICAL SPECIA  UNSECURED       NOT FILED            .00             .00
FOUNDATION EMERGENCY SER  UNSECURED       NOT FILED            .00             .00
FOUNDATION EMERGENCY SER  UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY     NOT FILED            .00             .00
EMERGENCY ROOM CARE PROV  UNSECURED       NOT FILED            .00             .00
EMERGENCY ROOM CARE PROV  UNSECURED       NOT FILED            .00             .00
EMERGENCY ROOM CARE PROV  UNSECURED       NOT FILED            .00             .00
EMERGENCY ROOM CARE PROV  UNSECURED       NOT FILED            .00             .00
MED1 02 GREGORY EMERGENC  UNSECURED       NOT FILED            .00             .00
PRA RECEIVABLES MGMT      UNSECURED          434.00            .00             .00
SILVERLEAF RESORTS INC    UNSECURED       NOT FILED            .00             .00
LOAN MACHINE              UNSECURED         2367.95            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED         4513.16            .00             .00
CITY OF CHICAGO DEPT OF   UNSECURED          340.00            .00             .00
WELLS FARGO BANK          MORTGAGE NOTI   NOT FILED            .00             .00
PRA RECEIVABLES MGMT      UNSECURED          220.37            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,191.50                           .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                                       .00

PRIORITY                                                                      .00
SECURED                                                                       .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 26347 SHONTEL STYLES
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                               .00
DEBTOR REFUND                                                      .00
                                  ---------------    ---------------
TOTALS                                       .00                   .00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE